

# United States Department of the Interior
## BUREAU OF INDIAN AFFAIRS
Alaska Regional Office
3601 C Street, Suite 1200
Anchorage, Alaska 99503

BIA-2021-000319

DEC 0 3 2020

Mr. Marc Slonim
2101 4th Avenue, Suite 1230
Seattle, WA 98121

Dear Mr. Marc Slonim:

On October 30, 2020 the Bureau of Indian Affairs, Alaska Region received your Freedom of Information Act (FOIA) request and assigned it control number BIA-2021-000319. Please refer to this number in all future correspondence.

According to your request:

> "On behalf of my clients Richard and Guy Madison, I am requesting all documents relating to: (1) Katie George, whose married name was Katie Madison; (2) Katie George's sister, Fannie; and (3) Katie and Fannie's relatives and descendants. Katie George was the great-grandmother of my clients. They have the following information to assist in your search for responsive documents.
>
> Katie George may have been born in the 1870s. She married Frank Madison and was the mother of Frank James Madison (also known as Frank Madison) and Alla (Allah) Madison.
>
> Katie George's son, Frank Madison, submitted an "Application Enrollment in a Nonreservation School" dated May 7, 1912. The application states that he was born on June 7, 1893, in Juneau, and that his mother, Katie Madison, was a Full Indian of the "Kaak" (Kake) Tribe. Frank Madison was originally enrolled at Chemawa on November 25, 1900.
>
> Alla Madison's "Application for Admission to Chemawa School," dated September 22, 1906, lists her mother as "Kittie Madison 1/2 Klinget." This was an error; Alla Madison's mother was Katie George Madison and that Katie was full blood as reported on Frank's application.
>
> Letters from Chemawa Indian School dated June 8, 1940, and December 1, 1953, state Frank Madison's mother was Katie Madison, full blood Indian. The June 1, 1940, letter states that Katie Madison was "dead" as of that date, but her official date of death is unknown.
>
> Frank Madison's marriage certificate, dated February 17, 1914, lists his mother as Katie George, with birthplace "unknown."
>
> I attach these documents, a photograph of Katie and her sister Fannie, a photograph of Frank James Madison, and an article written by Allah Madison about her Grandmother (Katie George's mother), who lived in Sitka. The article appeared in the Daily Capital Journal, Salem, Oregon, on Thursday, August 18, 1910, and is available on newspapers.com.."

We have classified you as an "other-use" requester. As such, we may charge you for some of our search and duplication costs, but we will not charge you for our review costs; you are also entitled to up to 2 hours of search time and 100 pages of photocopies (or an equivalent volume) for free. *See 43 C.F.R. § 2.39.* If, after taking into consideration your fee category entitlements, our processing costs are less than $50.00, we will not bill you because the cost of collection would be greater than the fee collected. *See 43 C.F.R. § 2.37(g)*

You can expect to hear from us promptly regarding the outcome of this search.

You may appeal this response to the Department's FOIA/Privacy Act Appeals Officer. If you choose to appeal, the FOIA/Privacy Act Appeals Officer must receive your appeal as soon as possible after this letter. Appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

Your appeal must be made in writing. You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL." You must include an explanation of why you believe the Bureau of Indian Affairs' response is in error. You must also include with your appeal copies of all correspondence between you and BIA concerning your FOIA request, including your original FOIA request and the BIA response. Failure to include with your appeal all correspondence between you and BIA will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number, email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

*DOI FOIA/Privacy Act Appeals Office Contact Information*

Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
MS-6556 MIB
Washington, DC 20240

Attn: FOIA/Privacy Act Appeals Office

Telephone: (202) 208-5339
Fax: (202) 208-6677
Email: FOIA.Appeals@sol.doi.gov

If you have questions concerning your request, please contact our Alternate Regional FOIA Coordinator, Elizabeth Lozano at elizabeth.lozano@bia.gov.

Sincerely,

Eugene R. Peltola, Jr.
Regional Director