

# United States Department of the Interior
BUREAU OF INDIAN AFFAIRS
Alaska Regional Office
3601 C Street, Suite 1200
Anchorage, Alaska 99503

In Reference Refer to:
DOI-BIA-2021-000319

DEC 3 1 2020

Marc Slonim
2101 4th Avenue, Suite 1230
Seattle, Washington 98121

Dear Mr. Slonim:

On October 20, 2020 the Bureau of Indian Affairs, Alaska Region received your Freedom of Information Act (FOIA) request and assigned it control number DOI-BIA-2021-000319. Please refer to this number in all future correspondences.

According to your request:

> "On behalf of my clients Richard and Guy Madison, I am requesting all documents relating to: (1) Katie George, whose married name was Katie Madison; (2) Katie George's sister, Fannie; and (3) Katie and Fannie's relatives and descendants. Katie George was the great-grandmother of my clients. They have the following information to assist in your search for responsive documents.
> Katie George may have been born in the 1870s. She married Frank Madison and was the mother of Frank James Madison (also known as Frank Madison) and Alla (Allah) Madison.
> Katie George's son, Frank Madison, submitted an "Application Enrollment in a Nonreservation School" dated May 7, 1912. The application states that he was born on June 7, 1893, in Juneau, and that his mother, Katie Madison, was a Full Indian of the "Kaak" (Kake) Tribe. Frank Madison was originally enrolled at Chemawa on November 25, 1900.
> Alla Madison's "Application for Admission to Chemawa School," dated September 22, 1906, lists her mother as "Kittie Madison 1/2 Klinget." This was an error; Alla Madison's mother was Katie George Madison and that Katie was full blood as reported on Frank's application.
> Letters from Chemawa Indian School dated June 8, 1940, and December 1, 1953, state Frank Madison's mother was Katie Madison, full blood Indian. The June 1, 1940, letter states that Katie Madison was "dead" as of that date, but her official date of death is unknown.
> Frank Madison's marriage certificate, dated February 17, 1914, lists his mother as Katie George, with birthplace "unknown."
> I attach these documents, a photograph of Katie and her sister Fannie, a photograph of Frank James Madison, and an article written by Allah Madison about her Grandmother (Katie George's mother), who lived in Sitka. The article appeared in the Daily Capital Journal, Salem, Oregon, on Thursday, August 18, 1910, and is available on newspapers.com."

Unfortunately, we are unable to respond to this request at this time as the National Archives and Records Administration (NARA) and the American Indian Records Repository (AIRR) is closed due to the Covid-19 global health pandemic. As soon as AIRR opens again, this request will be processed.

If you have questions concerning your request, please contact our Acting Regional FOIA Coordinator, Elizabeth Lozano at elizabeth.lozano@bia.gov.

Sincerely,

Eugene R. Peltola, Jr.
Regional Director