**From:** Wyatt Golding <wgolding@ziontzchestnut.com>
**Sent:** Friday, February 10, 2023 9:46 AM
**To:** Walker, Sarah J <Sarah.Walker@bia.gov>
**Cc:** gmm6107@mac.com <gmm6107@mac.com>
**Subject:** [EXTERNAL] Outstanding FOIA request

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Ms. Walker,
I hope all is well. My clients, Richard Madison and Guy Madison (cc'd), submitted a FOIA request and received the attached letter from the Alaska Regional Office in December 2020. My understanding is that the archives have been reopened, and they wish to make sure that BIA is still aware of their outstanding request and will provide a response.
I spoke with someone named Arlie in your office who provided me with your email.
Thank you,
Wyatt Golding
Attorney for Richard and Guy Madison