**From:** Walker, Sarah J <Sarah.Walker@bia.gov>
**Sent:** Monday, February 13, 2023 8:49 AM
**To:** Wyatt Golding <wgolding@ziontzchestnut.com>
**Cc:** gmm6107@mac.com
**Subject:** Re: [EXTERNAL] Outstanding FOIA request

Good Morning,

Yes, the BIA-Alaska Region has initiated the records request from Archives. It is our understanding that Archives is working on requests in the order they are received—from the beginning of their closure.

Once the file(s) are received, they will be routed to the requestor.

Quyana,

Sarah Walker

Supervisory Tribal Operations Specialist

Bureau of Indian Affairs - Alaska Region

(907) 271-4506