**From:** Wyatt Golding
**Sent:** Tuesday, May 30, 2023 2:17 PM
**To:** Walker, Sarah J <Sarah.Walker@bia.gov>
**Cc:** gmm6107@mac.com
**Subject:** RE: [EXTERNAL] Outstanding FOIA request

Ms. Walker,

I will be seeing Richard and Guy Madison this Friday.  Can you please provide an update on the status of their request?

Thank you,

Wyatt

---

**From:** Walker, Sarah J <Sarah.Walker@bia.gov>
**Sent:** Monday, February 13, 2023 8:49 AM
**To:** Wyatt Golding <wgolding@ziontzchestnut.com>
**Cc:** gmm6107@mac.com
**Subject:** Re: [EXTERNAL] Outstanding FOIA request

Good Morning,

Yes, the BIA-Alaska Region has initiated the records request from Archives.  It is our understanding that Archives is working on requests in the order they are received—from the beginning of their closure.  Once the file(s) are received, they will be routed to the requestor.

Quyana,
Sarah Walker
Supervisory Tribal Operations Specialist
Bureau of Indian Affairs - Alaska Region
(907) 271-4506

---

**From:** Wyatt Golding <wgolding@ziontzchestnut.com>
**Sent:** Friday, February 10, 2023 9:46 AM
**To:** Walker, Sarah J <Sarah.Walker@bia.gov>
**Cc:** gmm6107@mac.com <gmm6107@mac.com>
**Subject:** [EXTERNAL] Outstanding FOIA request

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Ms. Walker,

I hope all is well.  My clients, Richard Madison and Guy Madison (cc'd), submitted a FOIA request and received the attached letter from the Alaska Regional Office in December 2020.  My understanding is that the archives have been reopened, and they wish to make sure that BIA is still aware of their outstanding request and will provide a response.

I spoke with someone named Arlie in your office who provided me with your email.

Thank you,

Wyatt Golding

Attorney for Richard and Guy Madison