# ZIONTZ CHESTNUT
#### ATTORNEYS AT LAW

| | |
|---|---|
| BRIAN W. CHESTNUT<br>BRIAN C. GRUBER<br>BETH A. BALDWIN<br>WYATT F. GOLDING<br>ANNA E. BRADY<br><br>OF COUNSEL<br>RICHARD M. BERLEY<br>MARC D. SLONIM | FOURTH AND BLANCHARD BUILDING<br>2101 FOURTH AVENUE, SUITE 1230<br>SEATTLE, WASHINGTON 98121-2331<br>TELEPHONE: (206) 448-1230<br>FAX: (206) 448-0962<br>WWW.ZIONTZCHESTNUT.COM |

April 12, 2023

Sarah Walker
Supervisory Tribal Operations Specialist
Bureau of Indian Affairs - Alaska Region
(907) 271-4506
Sarah.Walker@bia.gov

**RE:  Madison FOIA request, Control Number DOI-BIA-2021-000319**

Supervisor Walker,

I hope this letter finds you well.  On October 20, 2020, the Bureau of Indian Affairs, Alaska Region received a Freedom of Information Act (FOIA) request from our firm on behalf of Richard and Guy Madison.  On December 31, 2020, the Bureau responded and informed us that the request was delayed because the records requested were likely located in the American Indian Records Repository, administered by the National Archives and Records Administration, and the Repository was closed due to the COVID-19 pandemic.  The letter closes with the assurance that "[a]s soon as AIRR opens again, this request will be processed."

On September 18, 2022, President Biden publicly declared the COVID-19 pandemic over.  Our expectation is that AIRR has been open for roughly six months or more.

On February 10, 2023, I contacted you via email to check on the status of the FOIA request.  On February 13, 2023, you responded to tell us that "[i]t is our understanding that Archives is working on requests in the order they are received—from the beginning of their closure.  Once the file(s) are received, they will be routed to the requestor."

I write to you to follow up and request that you set a firm deadline by which the records will be provided.  While the request appears to have been referred to NARA, BIA retains obligations as the responding agency under the FOIA.  The FOIA provides that each agency "shall make [its disclosable] records promptly available" upon request.  *Oglesby v. United States Dep't of the Army*, 920 F.2d 57, 70 (D.C. Cir. 1990).

Thank you for your consideration.

Sarah Walker
April 12, 2023
Page 2 of 2

Sincerely,

ZIONTZ CHESTNUT

Wyatt Golding