**From:** Wyatt Golding
**Sent:** Monday, August 7, 2023 10:56 AM
**To:** melissa.thaisz@sol.doi.gov
**Cc:** gmm6107@mac.com
**Subject:** FOIA non-response inquiry Control Number DOI-BIA-2021-000319

Melissa,

I hope all is well. I am an attorney for Guy and Richard Madison (cc'd), who are brothers and members of the Tulalip Tribes in Washington state.

On behalf of the Madisons, my firm submitted a FOIA in 2020. The response was delayed for some time and then delayed further due to COVID-19. The FOIA pertains to Katie George, who was the great-grandmother of Richard and Guy and from Alaska. We have since written a number of letters to the region with limited response. The Madisons would prefer to be able to work cooperatively with BIA to obtain this family information.

Can you please provide insight on: a) a timeline for a response, b) how to accelerate the process with the National Archives, c) if the BIA has any of the requested documents?

Thank you,
Wyatt Golding