AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| RICHARD MADISON AND GUY MADISON <br><br> *Plaintiff(s)* <br> v. <br> BUREAU OF INDIAN AFFAIRS, ALASKA REGIONAL OFFICE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Jolene John, Regional Director of the Bureau of Indian Affairs Alaska Regional Office, 3601 C Street, Suite 1200, Anchorage, AK 99503-5947.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Wyatt Golding, of the law firm Ziontz Chestnut, 2101 4th Avenue, Suite 1230, Seattle, WA 98121, 206-448-1230, wgolding@ziontzchestnut.com.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*